UNITED STATES v. STRASBURGER & Co. (No. 1892).[1]

WATCH BRACELETS.
    Following United States v. Wittnauer Co. (8 Ct. Cust. Appls., 370; T. D. 37628), decided concurrently herewith, wristlets or straps for holding wrist watches, in chief value of metal, are classifiable, not under paragraph 356, tariff act of 1913, as articles worn on the person for comfort, convenience, or adornment, as like articles, or parts of such articles or like articles, but under paragraph 167 as miscellaneous articles in chief value of metal.

United States Court of Customs Appeals, April 30, 1918.

APPEAL from Board of United States General Appraisers, Abstract 41670.

[Affirmed.]

*Bert Hanson*, Assistant Attorney General (*Charles D. Lawrence*, special attorney, of counsel), for the United States.

    *Curie, Smith & Maxwell* (*Thomas M. Lane*, of counsel) for appellees.

[Oral argument Apr. 19, 1918, by Mr. Lawrence and Mr. Lane.]

Before MONTGOMERY, SMITH, BARBER, DE VRIES, and MARTIN, Judges.

DE VRIES, Judge, delivered the opinion of the court:

These importations are of leather wristlets for holding wrist watches. The contentions made herein are the same as those made in United States v. Wittnauer Co. (8 Ct. Cust. Appls., 370; T. D. 37628), decided concurrently herewith, and ruled by the decision therein. The decision of the Board of General Appraisers is *affirmed*.

[1] T. D. 37630 (34 Treas. Dec., 414).